IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Damien Montgomery, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:16-cv-3234-TLW-SVH |
| v. | ) | |
| | ) | |
| Blackhawk Industrial Distribution, Inc., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Damien Montgomery's ("Plaintiff") filed this action against his former employer, Blackhawk Industrial Distribution, Inc. ("Defendant"), asserting federal and state claims. ECF No. 1. On October 3, 2016, Defendant filed a partial motion to dismiss Plaintiff's second claim for "wrongful termination in violation of established public policy." ECF No. 9. Plaintiff does not oppose the motion. ECF No. 11.

This matter now comes before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(g), (D.S.C.). ECF No. 12. In the Report, the Magistrate Judge recommends that the Plaintiff's Second Cause of Action for Wrongful Termination in Violation of Established Public Policy be dismissed. *Id*. Plaintiff did not object to the Report.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Report and relevant filings. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 12, is **ACCEPTED**, Defendant's partial motion to dismiss, ECF No. 9, is **GRANTED,** and Plaintiff's Second Cause of Action for Wrongful Termination in Violation of Established Public Policy is **DISMISSED**.[1]

**IT IS SO ORDERED.**

                  __s/Terry L. Wooten_____
                  Chief United States District Judge

December 6, 2015
Columbia, South Carolina

---

[1] This Order shall not impact Plaintiff's remaining Title VII claim against Defendant.